(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 13-80721-Civ-Middlebrooks/Brannon

FILED by OTS D.C.
ELECTRONIC
July. 26, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Matthew R. Rupp

Plaintiff(s)

v.

United States Government, NSA, CIA, Dept of Homeland Security, United States Military

Defendant(s)

## COMPLAINT

I, Matthew Rupp, plaintiff, in the above styled cause, sues defendant(s); United States Government, NSA, CIA, Dept of Homeland Security, U.S. Military

(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)

This action is filed under: _____

next page :

(Rev. 10/2002) Complaint

(Statement of Facts)

Conspiracy to Commit Murder, steal personal intelligence for the use by the United States Military through declassified technologies including AND subject to threats against my person Matthew Rupp, while including assaults through weaponized technologies by the United States Military and practices used in the conspiracy to deny civil rights and Conduct negligent in practice by Government agencies in the Intelligence community cited by Title 42 USC 1414, Title 18 USC 241, Title 18 USC 242, 28 U.S.C. 1291, including the theft of personal property and Denial and Misrepresentation by the Federal Bureau of Investigation. Including agencies actively knowing, and denying my personal civil rights in the guise that I was listed under suspicion of a presumed list of suspected terrorists that are American citizens, actively. (LIST)

Judge, please review the Constitutionality of the Executive Orders listed to [Not allow] Seal actions under the conspiracy against the American Civilian public, specific to myself, Matthew R. Rupp.

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, the actions by the Executive Branch of the United States for contracting out work that jeopardizes the public through and specific to the NSA and other agencies as well as the military with classified and declassified technologies used specifically against my person, Mathew Richard Rupp 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, and my birthdate 10/24/1977.

✱ Subject to Tort Law the personal injury to my person, Mathew R. Rupp (me) by the United States Government was extremely painful for the past few years Day and night, Day and night, and the evidence will suggest that through the imagery and other evidence withheld by the United States Government of my full affair!!

Signed this 26th day of July, 20 13.

(ME) MAthew Rupp
Printed or typed name of Filer

Mathew Rupp
Signature of Filer

matthew.rrupp@yahoo.com
E-mail address

Florida Bar Number

Phone Number

Facsimile Number

Street Address

City, State, Zip Code